Jeffrey NASSER, Appellant–Defendant,

v.

STATE of Indiana, Appellee.

No. 49A02–9206–CR–283.

Court of Appeals of Indiana,
Second District.

Sept. 21, 1994.

J.J. Paul, III, Ober Symmes Cardwell Voyles & Zahn, Indianapolis, for appellant.

Pamela Carter, Atty. Gen., Preston W. Black, Deputy Atty. Gen., Office of Atty. Gen., Indianapolis, for appellee.

*OPINION ON REHEARING*

SULLIVAN, Judge.

On March 17, 1994, this Court reversed the conviction of Jeffrey Nasser for operating a vehicle with at least ten hundredths percent (.10%) by weight of alcohol in the blood, a class C misdemeanor. Following that decision, State of Indiana filed its Petition for Rehearing on April 13, 1994, which petition has been held in abeyance pending disposition of *Baran v. State* (1993) 5th Dist. Ind. App., 622 N.E.2d 1326, upon petition to transfer. By order of the Indiana Supreme Court dated February 18, 1994, transfer was granted in *Baran v. State.* Thereafter, on September 1, 1994, the Indiana Supreme Court issued its opinion upon transfer holding that as a matter of law an Intoxilyzer Breath Test printout necessarily reflects a percentage *"by weight* of alcohol in the blood." (Emphasis supplied).

Accordingly, and pursuant to the Supreme Court decision in *Baran v. State, supra,* we now grant rehearing and affirm the conviction.

Judgment of the Marion County Municipal Court, Room 4, affirmed.

FRIEDLANDER and RUCKER, JJ., concur.